IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00068-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ALON M. SALBY,

    Plaintiff,

v.

THE STATE OF COLORADO, and its agents,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 14 2011

GREGORY C. LANGHAM
                  CLERK

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Motion for Extension to File Complaint."

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted document is deficient as described in this order. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   X   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   An original and a copy have not been received by the court.

|       |     | Only an original has been received.                                                                  |
|-------|-----|------------------------------------------------------------------------------------------------------|
| (9)   | X   | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>                 |

**Complaint or Petition:**

| (10) | X  | is not submitted                                                                                                |
|------|----|-----------------------------------------------------------------------------------------------------------------|
| (11) | __ | is not on proper form (must use the court's current form)                                                       |
| (12) | __ | is missing an original signature by the Plaintiff                                                               |
| (13) | __ | is incomplete                                                                                                   |
| (14) | __ | uses et al. instead of listing all parties in caption                                                           |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received.                 |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court.                       |
| (17) | __ | names in caption do not match names in text                                                                     |
| (18) | __ | other _____                                                                            |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 14, 2011, at Denver, Colorado.

BY THE COURT:

<u>s/ Boyd N. Boland</u>
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00068-BNB

Alon M. Salby
20/22 Abbott Street
Sandringham, VIC - AUSTRALIA

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on January 14, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk